IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY LOUIS ALLEN,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 1:04-CR-112 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release. For the reasons discussed below, the Court will grant the Motion.

I.  BACKGROUND

Defendant was charged with possession with intent to distribute methamphetamine in August 2004. A Superseding Indictment was filed on September 8, 2004. Defendant pleaded guilty to attempted manufacture of fifty grams or more of actual methamphetamine. He was sentenced to a term of 120 months in the custody of the Bureau of Prisons, to be followed by 60 months of supervised release.

Defendant began his supervision on November 9, 2012. In his Motion, Defendant represents that he has complied with the terms of his supervised release, has completed treatment and maintained his sobriety, and has obtained part-time employment. Consultation with Defendant's supervising officer confirms these representations. The government has telephonically indicated that it has no objection to Defendant's Motion.

1

## II.  DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice.  In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## III.  CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 122) is GRANTED.  It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

DATED this 7th day of July, 2015.

BY THE COURT:

Ted Stewart
United States District Judge